IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                                   Civil No. 04-1076

JON BARKER, JOE BARKER;
AND, JILL BARKER ERWIN,
Heirs of Walter H. Barker, Deceased;
NORMA F. BARKER BROWN;
INDEPENDENT SERVICE FINANCE, INC.;
AND, Y 95 RADIO, INC., dba Station KCEZ;                                DEFENDANTS

## ORDER OF DISTRIBUTION

On June 2, 2005, at 10:00 a.m., at the front entrance of the Ouachita County Courthouse, Camden, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered May 19, 2005, in the above-styled case. At such sale, John Morris was the highest and best bidder for the property, and the property was then sold to the said John Morris and Deborah A. Morris.

On or about August 17, 2005, the United States Marshal received Cashier's Check No. 22, in the amount of $80,569.92, from Farmer's Bank and Trust for payment in full for the property. In accordance with the terms of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $79,056.00 to the United States Department of Agriculture, Farm Service Agency and $1,513.00 to the United States Marshals Service.

DATED: **September 20, 2005**

/s/ Harry F. Barnes
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF ARKANSAS